# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAPE' MATERIAL HANDLING, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00363-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF DEFENDANT CONNELL MOTOR TRUCK CO. INC. IN THIS ACTION<br><br>FIVE DAY DEADLINE |

Jose Acosta ("Plaintiff") filed this action against Pape' Material Handling, Inc. and Connell Motor Truck Co., Inc. alleging violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq. (ECF No. 1.) Defendant Pape' Material Handling, Inc. filed an answer to the complaint on May 15, 2019. (ECF No. 6.) On May 23, 2019, a stipulation for an extension of time for Defendant Connell Motor Truck Co, Inc. to respond to the complaint was filed. Pursuant to the stipulation, Defendant Connell Motor Truck Co, Inc.'s responsive pleading was to be filed on July 3, 2019. (ECF No. 8.)

The deadline for Defendant Connell Motor Truck Co, Inc. to file a responsive pleading has passed and neither a responsive pleading, a further stipulation, nor a request for entry of default has been filed.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of entry of this order, Plaintiff shall either file a request for entry of default or a notice informing the Court of the status of Defendant Connell Motor Truck Co, Inc. in this action.

IT IS SO ORDERED.

Dated: __**July 11, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE