# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAPE' MATERIAL HANDLING, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00363-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 10, 11.)<br><br>DEADLINE AUGUST 28, 2019 |

Jose Acosta ("Plaintiff") filed this action against Pape' Material Handling, Inc. and Connell Motor Truck Co., Inc. alleging violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq. (ECF No. 1.) Defendant Pape' Material Handling, Inc. filed an answer to the complaint on May 15, 2019. (ECF No. 6.) On May 23, 2019, a stipulation for an extension of time for Defendant Connell Motor Truck Co, Inc. to respond to the complaint was filed. (ECF No. 8.) Pursuant to the stipulation, Defendant Connell Motor Truck Co, Inc.'s responsive pleading was to be filed on July 3, 2019. (ECF No. 8.) On July 11, 2019, because the deadline for Defendant Connell Motor Truck Co, Inc. to file a responsive pleading had passed and neither a responsive pleading, a further stipulation, nor a request for entry of default had been filed, the Court ordered Plaintiff to either file a request for entry of default or a notice informing the Court of the status of Defendant Connell Motor Truck Co, Inc. in this action. (ECF No. 10.) On July 11, 2019, Plaintiff filed a notice informing the Court that the parties have

reached a contingent settlement in this action and request until August 28, 2019 to file dispositional documents. (ECF No. 11.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before August 28, 2019.

IT IS SO ORDERED.

Dated: **July 12, 2019**

UNITED STATES MAGISTRATE JUDGE